UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHUBB GROUP OF INSURANCE COMPANIES
a/s/o BEBE STORES, INC.,

    Plaintiff,

- against -

SINGAPORE AIRLINES CARGO

    Defendant.
-------------------------------------------------------------X



**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, CHUBB GROUP OF INSURANCE COMPANIES a/s/o BEBE STORES, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

CHUBB CORPORATION (NYSE: CB) is the publicly traded parent company of CHUBB GROUP OF INSURANCE COMPANIES. BEBE STORES, INC. is a publicly traded company (NASDAQ: BEBE).

Dated: New York, New York
      May 30, 2008
      317-01

                                   CASEY & BARNETT, LLC
                                   Attorneys for Plaintiff

By: _____
     Martin F. Casey (MFC-1415)
     317 Madison Avenue, 21st Floor
     New York, New York 10017
     212-286-0225