```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------X

CHUBB GROUP OF INSURANCE
COMPANIES et al.

        Plaintiff,

- against -

SINGAPORE AIRLINES CARGO

        Defendant

--------------------------------------X

08 Civ. 5006 (LAK)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

IT IS HEREBY NOTICED that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      June 20, 2008
      316-01

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

SO ORDERED: 6/23/08

_____
U.S.D.J.

Part I